FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -2  A 10: 31

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLAN HUDSON, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0125 |
| MR. KNAPPER, ET AL. | SECTION: "A"(5) |

The above-captioned matter is herewith **TRANSFERRED** from section "A" to section "B" and **CONSOLIDATED** with Civil Action # 00-0021, entitled <u>Nolan Hudson, Jr. v. Charles Foti, et al</u>. The subject matter of both civil actions arise out of the same factual basis, although the parties in each litigation are different.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MAR 2 2000
TRANSFERRED TO
SECT. B

DATE OF ENTRY MAR 0 2 2000

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc. No. 3